UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Christal Ransom
                        Defendant(s).
----------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**


7:21-cr-00681

Defendant Christal Ransom hereby voluntarily consents to participate in the following
proceeding via     ☒ videoconferencing or ☒ teleconferencing:

☐        Initial Appearance Before a Judicial Officer

☒        Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
         Indictment Form)

☐        Guilty Plea/Change of Plea Hearing

☐        Bail/Detention Hearing

☐        Conference Before a Judicial Officer - Assignment of Counsel


_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_Christal Ransom_____
Print Defendant's Name

_____
Defendant's Counsel's Signature


_Elon Berk, Esq._____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_11/16/21_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge