UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
-----------------------------------------------------------------X

**MEMORANDUM**

FILENAME - P:\CRD FORMS\MEMO TO DOCKET (Rev. 3/09)

United States of America,  
      Government

Judge : **Victoria Reznik, U.S.M.J**

  -against-

Case Number: 21cr681  NSR

Christal Ransom  
      Defendant(s)  
-----------------------------------------------------------------X

TO:  **Honorable Nelson S. Román, United States District Judge**

  On 12/22/23 a Rule11 allocution was taken on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Dated: 1/30/2024  
White Plains, New York

            Respectfully Submitted,

             s/ *VR*

            Victoria Reznik, USMJ