**MEMO ENDORSED**

# GUROVICH, BERK & ASSOCIATES
## LAW OFFICES

15250 Ventura Boulevard, Suite 1220
Sherman Oaks, California 91403
(818) 205-1555
Fax: (818) 205-1559

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/13/2024

| Beverly Hills Office | Pasadena Office |
|---|---|
| 499 North Canon Drive<br>Fourth Floor<br>Beverly Hills, California 90210<br>Telephone: (310) 288-0795 | 225 South Lake Avenue<br>Suite 300<br>Pasadena, California 91101<br>Telephone: (626) 356-0447 |

August 12, 2024

**BY EMAIL AND ECF**
Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: <u>United States v. Christal Ransom, et al., 21 Cr. 681 (NSR) - 04</u>

Dear Judge Román:

Defendant, Christal Ransom, requests that her surrender date, currently set for August 13, 2024, be continued for thirty days. As of the date of this request, Ms. Ransom has not been designated to a BOP facility and her request for a continuance is to allow the BOP additional time to facilitate the designation process. The Judgment in this matter was entered on August 9, 2024, which may be the reason for the delay in the designation by the BOP.

The Government objects to the aforementioned request for continuance of Ms. Ransom's surrender.

Respectfully submitted,
/s/ Elon Berk, Esq.
Attorney for Defendant,
Christal Ransom

**Deft. Ransom's (04) request for an extension of time to surrender is GRANTED over the Govt's objection. Deft. shall surrender on Aug. 26, 2024 by 12:00 noon to the Northern District of Georgia, U.S. Marshals Service, Atlanta Division, or the BOP designated facility. Clerk of Court is requested to terminate the motion at ECF No. 229.**
**Dated: August 13, 2024**
**White Plains, NY**

SO ORDERED:
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

THIS COMMUNICATION IS DIRECTED IN CONFIDENCE SOLELY TO THE PERSON NAMED ABOVE, AND MAY NOT OTHERWISE BE DISTRIBUTED, COPIED OR DISCLOSED. THE CONTENTS OF THIS COMMUNICATION MAY ALSO BE SUBJECT TO THE ATTORNEY-CLIENT PRIVILEGE AND THE ATTORNEY WORK PRODUCT DOCTRINE, OR BOTH, AND ALL RIGHTS TO THAT PRIVILEGE ARE EXPRESSLY CLAIMED AND NOT WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THIS OFFICE IMMEDIATELY BY TELEPHONE AND EITHER RETURN THIS ORIGINAL, OR DESTROY IT.